# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Verinda A. Baxley,

    Plaintiff(s),           JUDGMENT IN A CIVIL CASE

vs.                                3:04cv425

Jo Anne B. Barnhart,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 26, 2005 Order.

October 19, 2005

FRANK G. JOHNS, CLERK

BY: *Cynthia Huntley*

Cynthia Huntley, Deputy Clerk